Youngblood Law Office, PA
Kameron M. Youngblood, ISB #6273
Post Office Box 50495
Idaho Falls, Idaho 83405
E-mail: youngbloodlaw@gmail.com
Telephone: (208) 525-3328
Facsimile: (208) 525-3330

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>    HANNAH J. CAIN,<br><br>DEBTORS. | CASE NO.: 21-00248-JMM<br><br>OBJECTION TO MOTION DISMISS |

COMES NOW, the Debtor Hannah J. Cain, and hereby objects to Trustee Patrick J. Geile's Motion to Dismiss for failure to attend the 341 Meeting of Creditors, based on the following:

1. After filing bankruptcy, Debtor secured employment on a fishing vessel. The fishing vessel departs out of Dutch Harbor in Alaska.

2. Debtor arranged to use vessel's sea phone to satisfy her obligations to the US Bankruptcy Court; however, the sea phone lost signal, rendering her willing, but unable to meet those obligations.

    3.   Counsel has made arrangements for Debtor to satisfy the attendance requirement of 11 U.S.C. Section 341(a).

Dated: September 1, 2021.

                                           By:  /s/Kameron Youngblood .
                                           Kameron M. Youngblood
                                           Attorney for Defendant

**CERTIFICATE O F SERVICE**

      I HEREBY CERTIFY that I served a true and correct copy of the above-listed claimant's Objection to Motion to Dismiss on the individuals listed below, or an attached list, by hand delivering, mailing, with the correct postage thereon, or through electronic notification to this parties registered with the US Courts District of Idaho CM/ECF system, on September 1, 2021:

Patrick J Geile
PO Box 925
Meridian, ID 83680

Hannah J. Cain
930 North Maple Grove Road, Apt. G208
Boise, Idaho 83704

US Trustee
Washington Group Central Plaza
720 Park Blvd., Ste. 220
Boise, ID 83712

      Dated, September 1, 2021.

      By: /s/Kameron Youngblood   .
      Kameron M. Youngblood
      Attorney for Defendant

OBJECTION TO MOTION TO DISMISS – PAGE – 3